

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2015

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD, LLC,**
Appellant

v.

**MOAB CONSTRUCTION**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating the reporter's record has not been filed because appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court